**PROB 12A**
**(10/24)**

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Timothy James Neill

Cr.: 24-00555-001
PACTS #: 60883

Name of Judicial Officer: THE HONORABLE ELI RICHARDSON
UNITED STATES DISTRICT JUDGE, MD/TN
(Jurisdiction transferred to the Hon. Renée M. Bumb on August 28, 2024)

Date of Original Sentence: 01/04/2022

Original Offense: Count One: Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1); a Class C felony

Original Sentence: 40 months imprisonment, 3 years supervised release

Special Conditions: Special Assessment Fee, Alcohol/Drug Testing and Treatment, No Alcohol Use or Possession, Mental Health Treatment, Mental Health Medication Compliance, Prescription Medication Compliance, Financial Disclosure, and No Contact with Gang Members of Crazy White Boys

Type of Supervision: Supervised Release Date Supervision Commenced: 07/05/2024

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the Court.'**<br><br>Mr. Neill tested positive for controlled substances, specifically THC, on the following dates: July 6, July 17, July 22, and August 5, 2026. Neill submitted the tests at his treatment program and each test result was confirmed positive by the National Laboratory. |

U.S. Probation Officer Action:

Mr. Neill is attending co-occurring outpatient treatment on a weekly basis to address his challenges with substance abuse and mental health. The undersigned officer and his treatment provider are trying to work with him so he can stay in the community and remain employed. Mr. Neill admitted to smoking marijuana and stated he obtained a medical marijuana card that was issued to him by a licensed physician. At this time, the undersigned is waiting for verification of his medical marijuana card and prescription.

No Court action is recommended; however, we respectfully recommend this notice serve as an official written reprimand. Should his substance use escalate, he will likely be referred to a higher level of care, and the Court will be notified promptly.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By: BETHANY CREDE
U.S. Probation Officer

/ bc

APPROVED:

8/17/26

ANTHONY M. STEVENS — Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [x] No Formal Court Action to be Taken at This Time and Notice to Serve as Official Written Reprimand (as recommended by the Probation Office) — last warning
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Signature of Judicial Officer

August 18, 2026
Date